## 58432. HUGHLEY v. THE STATE.

SHULMAN, Judge.

This appeal is from a judgment denying appellant's pro se application for a copy of his criminal trial transcript. We affirm.

Appellant was convicted of the offense of voluntary manslaughter, which conviction was affirmed on appeal (*Hughley v. State,* 144 Ga. App. 771 (242 SE2d 367)). Appellant submits that inasmuch as he is unable to pay for a copy of the trial transcript and requires a copy of his transcript in order to file a writ of habeas corpus, the court erred in denying his motion for the production of the transcript.

"While an indigent is entitled to a copy of his trial transcript for a direct appeal of his conviction, such is not the case in collateral post-conviction proceedings. In *Yates v. Brown,* 235 Ga. 391 (2) (219 SE2d 729) (1975), this court said: 'At the habeas corpus hearing the appellant claimed that he has a right to the transcript of his trial. As is the case with regard to appointed counsel. . .this right is tied to his right of appeal. Once the appeal has been dismissed, he no longer has a right to a trial transcript at state expense. [Cit.]' " *Holmes v. Kenyon,* 238 Ga. 583, 584 (234 SE2d 502).

Since appellant seeks at the state's expense a copy of his transcript for use in a collateral post-conviction proceeding, the judgment of the court below must be affirmed.

*Judgment affirmed. Deen, C. J., and Carley, J., concur.*

SUBMITTED SEPTEMBER 5, 1979 — DECIDED NOVEMBER 14, 1979.

Wesley Hughley, *pro se.*

Lewis R. Slaton, *District Attorney, Joseph J. Drolet, Assistant District Attorney,* for appellee.